IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2022 MAR -8  P 12: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TAWANNA S. BEDGOOD, <br> Plaintiff, <br><br> v. <br><br> C&S WHOLESALE GROCERS, INC. <br> and PAUL REID CAVENDER, <br> Defendants. | Case No. 2:22-cv-120 |

## NOTICE OF REMOVAL

COME NOW Defendants C&S Wholesale Grocers, Inc. and Paul Reid Cavender, and pursuant to 28 U.S.C. §1332, 28 U.S.C. 1441 and 28 U.S.C. §1446, file their Notice of Removal of this cause from the Circuit Court for Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for the removal of this cause, Defendants show unto the Court as follows:

1. On February 4, 2022, Plaintiff commenced this action in the Circuit Court for Montgomery County, Alabama, being Case No. 03-CV-2022-900138. True and correct copies of all documents filed in the state court lawsuit are attached hereto as Exhibit "A".

2. Plaintiff states in her Complaint that she is a resident of Elmore County, Alabama. (Exhibit "A", at Complaint, ¶1).

3. Defendants first became aware of the filing of the Complaint on February 8, 2022 when Defendant C&S Wholesale Grocers, Inc was served with process via certified mail. Defendants have not yet filed their Answer or first responsive pleading.

4. Plaintiff alleges Defendant C&S Wholesale Grocers, Inc. is a foreign corporation. (Exhibit "A", at Complaint, ¶2). Defendants admit and acknowledge the said allegation, and further aver C&S Wholesale Grocers, Inc. is a Vermont corporation with its principal place of business where the corporation's officers direct, control and coordinate the corporation's activities being in the State of New Hampshire.

5. Plaintiff alleges Defendant Cavender is a resident of South Carolina. (Exhibit "A", at Complaint, ¶3). Defendants admit and acknowledge the said allegation.

6. Complete diversity of citizenship exists in this matter. *See* 28 U.S.C. §1332.

7. While Plaintiff's Complaint makes no specific damage demand, Plaintiff alleges she suffered personal injuries, mental anguish, emotional distress, physical pain and discomfort, past and future medical expenses and lost wages as the result of an automobile accident involving a tractor-trailer. (See Exhibit "A", at Complaint, ¶5 - 9). Further, Plaintiff has incurred medical expenses allegedly associated with the accident of at least $35,559.74 even after contractual adjustments were taken pursuant to healthcare coverage through Blue Cross / Blue Shield, with the retail charges for those services being significantly higher. (See Exhibit "B", Blue Cross / Blue Shield subrogation letter). The amount in controversy in this case, exclusive of interest and costs, is therefore clearly in excess of $75,000.00, and removal is warranted. *See* 28 U.S.C. §1332.

7. Based upon diversity of citizenship and the amount in controversy, this Court has original jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

8. There exists unanimous consent from all Defendants for removal.

9. Pursuant to 28 U.S.C. §1446(b), the removal of this cause to this Court is timely,

as it has been less than 30 days since receipt by the removing Defendants, through service or otherwise, of a copy of the initial pleading setting forth Plaintiff's claim for relief.

10. Pursuant to 28 U.S.C. §1446(d), Defendants shall give written notice of this removal to all parties and also file a copy of said Notice with the Clerk of the Circuit Court for Montgomery County, Alabama.

11. As required by 28 U.S.C. § 1441, the Defendants seek to remove this case to the United States District Court for the Middle District of Alabama, Northern Division, which is the District Court embracing the place where the state court lawsuit has been filed.

WHEREFORE, the above premises having been considered, Defendants C&S Wholesale Grocers, Inc. and Paul Reid Cavender request this Court make and enter proper orders to effectuate the removal of this cause from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division, and that no further or other proceedings shall be had with respect to this cause in the Circuit Court for Montgomery County, Alabama.

Respectfully Submitted this the 8th day of March, 2022.

BRAD A. EVERHARDT
Counsel for Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, AL 36101
(334) 834-7600 - Telephone
(334) 263-5969 - Fax
beverhardt@hillhillcarter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 8th day of March, 2022, I have served the foregoing via email up the following:

Alyssa Noles Daniels, Esq.
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, AL 35233
adaniels@asilpc.com

BRAD A. EVERHARDT
Counsel for Defendants

4