# Exhibit "A"

ELECTRONICALLY FILED
2/4/2022 9:43 AM
03-CV-2022-900138.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case:<br>03<br><br>Date of Filing:<br>02/04/2022 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### TAWANNA S. BEDGOOD v. C&S WHOLESALE GROCERS, INC. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| NOL018 | 2/4/2022 9:43:37 AM<br>Date | /s/ ALYSSA NOLES DANIELS MRS.<br>Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES  ☐ NO  ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES  ☑ NO

ELECTRONICALLY FILED
2/4/2022 9:43 AM
03-CV-2022-900138.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD,               )
                                  )
    **Plaintiff,**               )
                                  )
v.                                )          CIVIL ACTION NO.:_____
                                  )

**C&S WHOLESALE GROCERS, INC., and CAVENDER PAUL REID; and Fictitious Party Defendants, No. 1,** whether singular or plural, Plaintiff hereby intending to designate the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; **No. 2,** whether singular or plural that individual or entity who or which owned and negligently and/or wantonly entrusted a motor vehicle to any driver whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; **No. 3,** whether singular or plural, that individual or entity who or which negligently and/or wantonly provided maintenance, repair, alteration and upkeep on any motor vehicle or equipment involved in the collision made the basis of Plaintiff's complaint or that individual or entity, who or which was responsible for the defective condition of any vehicle involved in the collision made the basis of Plaintiff's complaint; **No. 4,** whether singular or plural, that individual or entity who or which negligently and/or wantonly hired, trained or supervised the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; **No. 5,** whether singular or plural, that individual or entity who or which was the master, principal or employer of the driver of any motor vehicle or that individual or entity for whom the driver of any motor vehicle was performing any type of service or duty whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; **No. 6,** whether singular or plural, that individual or entity whose breach of contract or warranty, negligence, wantonness and/or other wrongful conduct contributed to cause the collision made the basis of Plaintiff's complaint; **No. 7,** whether singular or plural, that individual or entity who or which provided any insurance coverage, of whatever kind or character, to Plaintiff as an insured or beneficiary and/or to any of the named or Fictitious Party Defendants; **No. 8,** whether singular or plural, that individual or entity which is the successor in interest of any of the named or Fictitious Party Defendants; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, their identities as proper Party Defendants are not known to Plaintiff at this time but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

                                  )
    **Defendants.**              )

## COMPLAINT

    1.    Plaintiff, Tawanna S. Bedgood, is a resident of Elmore County, Alabama, and is

over 19 years of age.

2.    Defendant, C&S Wholesale Grocers, Inc., upon information and belief, is foreign partnership/corporation doing business in Montgomery County, Alabama.

3.    Defendant, Cavender Paul Reid, upon information and belief, is a resident of Greenville County, South Carolina, and is over 19 years of age.

4.    Plaintiff hereby adopts and incorporates by reference the fictitious parties in interest, described as Nos. 1 through 8, fully and completely as if set out herein. Plaintiff avers further that the true legal names of the Fictitious Party Defendants as proper party Defendants are currently unknown to Plaintiff, but will be supplemented by amendment upon being ascertained.

## Statement of Facts

5.    On or about January 22, 2021, Plaintiff, Tawanna S. Bedgood, owned and was lawfully operating a 2015 GMC Acadia in Montgomery County, Alabama. Defendant, Cavender Paul Reid, was unlawfully operating a tractor-trailer on behalf of C&S Wholesales Grocers, Inc. Plaintiff was stopped in traffic westbound on Eastern Boulevard when Defendant collided with her vehicle.

6.    As a proximate consequence of the negligent and/or unlawful conduct of Defendants, Plaintiff was caused to suffer injuries.

## COUNT I
### (Negligence)

7.    Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs of the Complaint:

8.    At the time set forth hereinabove, Defendants negligently operated a motor vehicle

in such a manner as to cause his vehicle to collide with Plaintiff's vehicle, injuring Plaintiff. As a result of such action, and as a proximate result of the negligence of the Defendants, Plaintiff, Tawanna S. Bedgood, was caused to suffer injuries and damages.

9.    The aforesaid negligent conduct of the Defendant caused Tawanna S. Bedgood, to suffer injuries and damages including, but not limited to:

a.    Bodily injuries.

b.    Mental anguish and emotional distress.

c.    Physical pain and discomfort.

d.    Past and future medical expenses.

e.    Lost wages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Tawanna S. Bedgood, demands judgment against the Defendants, whether named or fictitiously described, for a reasonable sum of money based upon the facts and circumstances of this particular matter for compensatory damages, plus costs and interest, and such other and further relief to which she may be entitled.

## COUNT II
### (Fictitious Parties)

10.    All foregoing counts and causes of action stated herein or contained in any subsequent amendment are hereby adopted and alleged against any fictitious party described in the caption and style of this or any Amended Complaint.

11.    Plaintiff alleges that the wrongful conduct of the fictitious party Defendants combined and concurred with the negligent conduct of the named Defendants and, as a proximate consequence thereof, Plaintiff was injured and damaged as previously described.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the

fictitiously described Defendants for a reasonable sum of money based upon the facts and

circumstances of this particular matter for compensatory damages, plus costs and interest, and

such other and further relief to which she may be entitled.

s/ Alyssa Noles Daniels

**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**OF COUNSEL:**
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, AL 35233
P: (205) 983-8169
F: (205) 983-8469
E: adaniels@asilpc.com

## PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY

s/ Alyssa Noles Daniels

**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**PLAINTIFF'S ADDRESS**

Tawanna S. Bedgood
c/o SHUNNARAH INJURY LAWYERS
2900 1st Avenue South
Birmingham, Alabama 35233

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL**

C&S Wholesale Grocers, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Cavender Paul Reid
27 Staffordshire Way
Simonsville, SC 29681

ELECTRONICALLY FILED
2/4/2022 9:43 AM
03-CV-2022-900138.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD,                     )
                                        )
    **Plaintiff,**                       )
                                        )
**v.**                                  )     CIVIL ACTION NO.:_____
                                        )

**C&S WHOLESALE GROCERS, INC.,** and **CAVENDER PAUL REID;** and Fictitious Party Defendants, No. 1, whether singular or plural, Plaintiff hereby intending to designate the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 2, whether singular or plural that individual or entity who or which owned and negligently and/or wantonly entrusted a motor vehicle to any driver whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 3, whether singular or plural, that individual or entity who or which negligently and/or wantonly provided maintenance, repair, alteration and upkeep on any motor vehicle or equipment involved in the collision made the basis of Plaintiff's complaint or that individual or entity, who or which was responsible for the defective condition of any vehicle involved in the collision made the basis of Plaintiff's complaint; No. 4, whether singular or plural, that individual or entity who or which negligently and/or wantonly hired, trained or supervised the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 5, whether singular or plural, that individual or entity who or which was the master, principal or employer of the driver of any motor vehicle or that individual or entity for whom the driver of any motor vehicle was performing any type of service or duty whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 6, whether singular or plural, that individual or entity whose breach of contract or warranty, negligence, wantonness and/or other wrongful conduct contributed to cause the collision made the basis of Plaintiff's complaint; No. 7, whether singular or plural, that individual or entity who or which provided any insurance coverage, of whatever kind or character, to Plaintiff as an insured or beneficiary and/or to any of the named or Fictitious Party Defendants; No. 8, whether singular or plural, that individual or entity which is the successor in interest of any of the named or Fictitious Party Defendants; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, their identities as proper Party Defendants are not known to Plaintiff at this time but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

                                        )
    **Defendants.**                      )


### PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT, CAVENDER PAUL REID

COMES NOW the Plaintiff in the above-styled cause and, pursuant to Rule 33 of the Alabama Rules of Civil Procedure, propounds the following interrogatories to Defendant, Cavender Paul Reid to be answered fully and under oath or verified.

### INTERROGATORIES

1.    State your full name, current address date of birth, social security number, driver's license number and the state which issued the driver's license, spouse's name, employer and job title.

2.    State the name, address, telephone number and summary of knowledge of each person including experts, having any knowledge of relevant facts relating to the incident which is the basis of this litigation, the cause thereof, and/or damages resulting therefrom.

3.    Were you the operator of a tractor-trailer that was involved in a collision with the Plaintiff on January 22, 2021?

4.    If you contend that the Plaintiff or any person, firm, corporation or other legal entity not a party to this action acted in such a manner as to cause or contribute to the occurrence made basis of this litigation, give a concise statement of the facts upon which you rely and identify such person, firms, corporations or other legal entities.

5.    State the full and correct name and address of the person(s) or entity(s) who or which owned and/or leased the tractor and trailer involved in the subject collision.

6.    Describe and produce any insurance agreement under which any insurance business may be liable to satisfy part or all of the judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment by stating the name of the insurer and the policy limits.

7.      Were you acting within the course and scope of any agency, employment or service at the time of the collision?

8.      State whether you have ever had a driver's license that contained restrictions of any sort. If so, state the name of the issuing state, the driver's license number and the restrictions.

9.      State whether you have ever had a driver's license suspended, cancelled or revoked. If so, state the state, driver's license number and reasons therefore.

10.     Describe any traffic citation you have received in the five years immediately preceding the date of the subject collision by stating the name and location of the court involved, violations of the law charged in that citation and the date, place and manner (i.e. type of plea, bail, forfeit, or trial) of disposition of that citation.

11.     Describe any criminal record you may have, including the nature of the charge, date and place of arrest and conviction, if any.

12.     Describe all prior collisions in which you or C&S Wholesale Grocers, Inc., has been involved, either with other persons or with property. Please include the name of any other driver or property owner involved, the location of the collision, the date and time of the collision, and whether a claim was filed to recover damages.

13.     Describe how the subject collision occurred, including in your answer your best judgment of the speed of each vehicle prior to impact, the location of each vehicle in relation to the roadway prior to and upon impact, where the vehicles came to rest, and stating specifically where you had been just before the collision, where you were going at the time of the collision and the purpose of the trip.

14.    For the date of the subject collision, state the full itinerary of your tractor and trailer, stating, the place and time of the beginning of the trip, the place and time and duration of each stop, the route taken, the destination and the anticipated time of arrival at each destination.

15.    Did you see Plaintiff's vehicle any time prior to the impact? If yes, what did you do, if anything, to avoid the collision?

16.    State the name of the location(s) for your delivery(ies) on the day of the collision and state the contents of your delivery(ies).

17.    Please state the name(s) and address(es) of any passenger(s) in your vehicle at the time of the occurrence made the basis of this litigation.

18.    Identify, at the time of the collision, the weight of the tractor and trailer combination and the weight of the load on the tractor and trailer combination.

19.    List any and all physical evidence removed from the scene of the occurrence made the basis of this litigation, including any physical evidence and/or personal possessions removed from you or from the Defendants' tractor and/or trailer.

20.    Did you receive any injuries as a result of the collision?  If so, state each injury received, the name of the treating physician, and the name of the hospital at which you were treated.

21.    At the time of the occurrence, were you suffering from any form of physical disability, including but not limited to any disorders involving your ocular system, auditory system, muscular system, nervous system or involving the heart or circulatory system?  If yes, please describe:

      a)    the nature of the disability; and
      b)    the loss of function that you suffered as a result of such disability.

22.    Identify your cell phone provider and phone number on the date of the subject collision.

23.     Prior to the occurrence made the basis of this litigation, had you ever been prescribed corrective lenses to correct any deficiencies in your vision? If yes, please state:

      a)      the last prescription that was prescribed for each of your eyes prior to the occurrence;

      b)      the type of lenses that you typically wore; and

      c)      whether you were wearing any type of corrective lenses at the time of the occurrence.

24.     At the time of the collision, were you under the care of any doctor? If so, state the name of the doctor, your doctor's address and condition for which he/she was treating you.

25.     State in detail any intoxicating substance (drugs, beverages) if any, you had consumed and what drugs or medications, if any, you had taken during the 48-hour period immediately preceding the occurrence made the basis of this litigation.

26.     Following the occurrence made the basis of this litigation, list the name of each person with whom you spoke regarding the collision and describe any conversations you had with said person(s).

27.     State the name and addresses of all persons who conducted any investigation for Defendants of the occurrence made the basis of this litigation.

28.     State the name, address and qualification of each witness you expect to call as an expert witness at the trial of this case and the subject matter on which the expert expects to testify. Also, attach a copy of any report, including factual observations and opinions that have been prepared by any such expert.

                    s/Alyssa Noles Daniels
                    **ALYSSA NOLES DANIELS (NOL018)**
                    Attorney for Plaintiff

**OF COUNSEL:**
Shunnarah Injury Lawyers, P.C.
2900 1ˢᵗ Avenue South
Birmingham, AL  35233
adaniels@asilpc.com

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| TAWANNA S. BEDGOOD, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.:_____ |
| | ) | |

C&S WHOLESALE GROCERS, INC., and CAVENDER PAUL REID; and Fictitious Party Defendants, No. 1, whether singular or plural, Plaintiff hereby intending to designate the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 2, whether singular or plural that individual or entity who or which owned and negligently and/or wantonly entrusted a motor vehicle to any driver whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 3, whether singular or plural, that individual or entity who or which negligently and/or wantonly provided maintenance, repair, alteration and upkeep on any motor vehicle or equipment involved in the collision made the basis of Plaintiff's complaint or that individual or entity, who or which was responsible for the defective condition of any vehicle involved in the collision made the basis of Plaintiff's complaint; No. 4, whether singular or plural, that individual or entity who or which negligently and/or wantonly hired, trained or supervised the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 5, whether singular or plural, that individual or entity who or which was the master, principal or employer of the driver of any motor vehicle or that individual or entity for whom the driver of any motor vehicle was performing any type of service or duty whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 6, whether singular or plural, that individual or entity whose breach of contract or warranty, negligence, wantonness and/or other wrongful conduct contributed to cause the collision made the basis of Plaintiff's complaint; No. 7, whether singular or plural, that individual or entity who or which provided any insurance coverage, of whatever kind or character, to Plaintiff as an insured or beneficiary and/or to any of the named or Fictitious Party Defendants; No. 8, whether singular or plural, that individual or entity which is the successor in interest of any of the named or Fictitious Party Defendants; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, their identities as proper Party Defendants are not known to Plaintiff at this time but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

| | | |
|---|---|---|
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS C&S WHOLESALE GROCERS, INC., AND CAVENDER PAUL REID

COMES NOW the Plaintiff in the above-styled cause and, pursuant to Alabama Rules of Civil Procedure Rule 34, propounds the following Requests for Production of Documents to the Defendants, C&S Wholesale Grocers, Inc. and Cavender Paul Reid.

## REQUESTS FOR PRODUCTION

1.     Copies of any and all photographs, video, computer-generated media, or other recordings of the interior and exterior of the vehicles involved in the occurrence made the basis of this litigation, the scene of the occurrence, or relating to any equipment or things originally located at or near the site of the occurrence, including any images from an on-board drive cam.

2.     Copies of any and all written or oral statements taken from prospective witnesses by Defendants or on Defendants' behalf concerning any and all matters concerning the occurrence made the basis of this litigation.

3.     Copies of any and all investigative reports, including scene measurements, photographs, diagrams of the scene and results, from any investigation of the occurrence made the basis of this litigation.

4.     Copies of the pre-trip inspection report completed by Cavender Paul Reid for the trip involving the collision made the basis of this litigation.

5.     Copies of any and all incident reports which relates to the occurrence made the basis of this litigation, whether generated or received by Defendants, including OSHA reports or citations.

6.     Copies of any and all reports, memos, notes, or correspondence concerning Defendants or Defendants' tractor and trailer that Defendants sent to or received from the Department of Transportation.

7.     Copies of any and all bills of lading or other documents related to the load being transported by Defendants on the day of the occurrence made the basis of this litigation and for the thirty (30) days period preceding the collision.

8.     Copies of any and all lease contracts or agreements covering Defendants' tractor and trailer in effect on the date of the occurrence made the basis of this litigation.

9.     Copies of any and all oversized permits or other applicable permits or licenses covering Defendants' tractor and/or trailer or the load in effect on the day of the occurrence made the basis of this litigation.

10.    Copies of any and all post-accident maintenance, inspection, or repair records or invoices pertaining to Defendants' tractor and trailer.

11.    Copies of Cavender Paul Reid's post-accident alcohol and drug testing results.

12.    Copies of any and all e-mails, electronic messages or text messages, letters, memos, diaries, or other documents in Defendants' possession or under Defendants' control concerning the occurrence made the basis of this litigation.

13.    Copies of any and all communications via CB radio, mobile or satellite communication systems, e-mail, cellular phone, page or other in-cab communication devices, including the bills for the devices, the day of the occurrence made the basis of this litigation.

14.    Copies of any and all computer, electronic, or e-mail messages or text messages created in the first forty-eight (48) hours immediately after the occurrence made the basis of this litigation, by and between the defendant and any agents or third parties relating to the facts, circumstances, or actual investigation of the collision, as well as any computer messages which relate to this particular incident, whether generated or received by Defendants.

15.     Copies of any and all cell phone records documenting calls, by and between Defendants and any agents or third parties relating to the facts, circumstances, or actual investigation of the occurrence made the basis of this litigation, as well as any computer messages which relate to this particular incident, whether generated or received by Defendants.

16.     Copies of any and all drivers' manuals, guidelines, rules or regulations given to drivers by C&S Wholesale Grocers, Inc.

17.     Copies of any and all insurance agreements or policies, including but not limited to the declaration page, under which any insurance business may be liable to satisfy part or all of the judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

18.     Copies of any and all daily inspection reports for Defendants' tractor and trailer for the thirty (30) day period preceding the occurrence made of this litigation.

19.     Copies of any and all maintenance, inspection and repair records or work orders on Defendants' tractor and trailer for the six (6) month period preceding the occurrence made the basis of this litigation.

20.     Copies of any and all cargo pickup or delivery orders pertaining to Defendants' tractor and trailer prepared by motor carriers, brokers, shippers, receivers, drivers, or other persons, or organizations on the day of this collision.

21.     Copies of any and all accounting records, cargo transportation bills and subsequent payments or other records indicating billings for transportation or subsequent payment for the transportation of cargo, with both the front and back of cancelled checks for cargo transported by the Defendants or Defendants' tractor and/or trailer on the day of the collision.

22.     Copies of all logbooks kept by Cavender Paul Reid in connection with his employment for 30 days prior to the date of this collision, including the date of this collision.

23.     Copies of any and all weight tickets, fuel receipts, hotel bills, tolls, or other records of expenses, regardless of type, regarding Cavender Paul Reid or Defendants' tractor and trailer for the day of the occurrence made the basis of this litigation.

24.     Copies of any and all trip reports, dispatch records, trip envelopes regarding Cavender Paul Reid or Defendants' tractor and trailer for the day of the occurrence made the basis of this litigation for the date of this collision.

25.     Copies of any and all reports, memos, notes, logs, or other documents evidencing complaints regarding Cavender Paul Reid.

26.     Copies of any and all settlement sheets and expense sheets for Cavender Paul Reid pertaining to trips taken for the day of the occurrence made the basis of this litigation.

27.     Copies of the entire driver qualification file of Cavender Paul Reid.

28.     Copies of any and all medical records pertaining to any injuries sustained by Cavender Paul Reid in the occurrence made the basis of this litigation.

29.     Copies of any and all downloadable computer data from the computer system of Defendants' truck for the day of the occurrence.

30.     Copies of any and all of Defendants' daily logs for day of the occurrence made the basis of this litigation.

31.     Copies of any and all driver vehicle inspection reports required under applicable law, for the vehicle involved in the occurrence made the basis of this litigation.

32.     Copies of Cavender Paul Reid's complete Driver Investigation History File, and all material therein.

33.     Copies of the accident register maintained by Defendants as required by federal law for the one (1) year period preceding the occurrence made the basis of this litigation.

34.     Copies of any other items associated in any way with the occurrence made the basis of this litigation, including documents, databases, or other pieces of evidence concerning or reflecting upon the driver, the collision, or the tractor and trailer.

35.     Produce all cell phone records pertaining to calls made or received by you on the date of the collision forming the basis of this lawsuit.

s/Alyssa Noles Daniels
**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**OF COUNSEL:**
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, AL  35233
adaniels@asilpc.com

**PLEASE SERVE WITH THE SUMMONS AND COMPLAINT**

ELECTRONICALLY FILED
2/4/2022 9:43 AM
03-CV-2022-900138.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| TAWANNA S. BEDGOOD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CIVIL ACTION NO.:_____ |
| | ) |

C&S WHOLESALE GROCERS, INC., and CAVENDER PAUL REID; and Fictitious Party Defendants, No. 1, whether singular or plural, Plaintiff hereby intending to designate the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 2, whether singular or plural that individual or entity who or which owned and negligently and/or wantonly entrusted a motor vehicle to any driver whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 3, whether singular or plural, that individual or entity who or which negligently and/or wantonly provided maintenance, repair, alteration and upkeep on any motor vehicle or equipment involved in the collision made the basis of Plaintiff's complaint or that individual or entity, who or which was responsible for the defective condition of any vehicle involved in the collision made the basis of Plaintiff's complaint; No. 4, whether singular or plural, that individual or entity who or which negligently and/or wantonly hired, trained or supervised the driver of any motor vehicle whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 5, whether singular or plural, that individual or entity who or which was the master, principal or employer of the driver of any motor vehicle or that individual or entity for whom the driver of any motor vehicle was performing any type of service or duty whose negligence or wantonness proximately caused Plaintiff to be injured on the occasion made the basis of Plaintiff's complaint; No. 6, whether singular or plural, that individual or entity whose breach of contract or warranty, negligence, wantonness and/or other wrongful conduct contributed to cause the collision made the basis of Plaintiff's complaint; No. 7, whether singular or plural, that individual or entity who or which provided any insurance coverage, of whatever kind or character, to Plaintiff as an insured or beneficiary and/or to any of the named or Fictitious Party Defendants; No. 8, whether singular or plural, that individual or entity which is the successor in interest of any of the named or Fictitious Party Defendants; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, their identities as proper Party Defendants are not known to Plaintiff at this time but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

| | |
|---|---|
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT, C&S WHOLESALE GROCERS, INC.

COMES NOW the Plaintiff in the above-styled cause and, pursuant to Rule 33 of the Alabama Rules of Civil Procedure, propound the following interrogatories to Defendant, C&S Wholesale Grocers, Inc., to be answered fully and under oath or verified.

## <u>INTERROGATORIES</u>

1.     For each individual providing responses on behalf of C&S Wholesale Grocers, Inc., state your full name, current address, date of birth and job title.

2.     Has C&S Wholesale Grocers, Inc., been sued under its correct name?  If not, please state the correct name and explain your answer so that service may be properly obtained.

3.     Is the Defendant owned by or a subsidiary of another company, entity or person? If so, identify the company, entity or person by proper name and address.

4.     State the full name and current residence address of each person who witnessed or claims to have witnessed the collision forming the basis of this lawsuit.

5.     Please explain your understanding of how the subject collision occurred and how you arrived at this understanding.

6.     Identify the Defendant's Safety Director at the time of the collision forming the basis of this lawsuit, and identify the Defendant's Safety Director now.

7.     Identify with particularity the make, type, year and registration of the motor vehicle operated by the Defendant on the date forming the basis of this lawsuit.

8.     Describe with particularity the load that the Defendant was hauling at the time of the collision forming the basis of this lawsuit, if any.

9.     Describe the driver's trip on the date of the collision forming the basis of this lawsuit, including the point of origin, the destination, any stops and the purpose of the trip.

10. Identify all owners, lessors and lessees of the motor vehicle involved in the collision forming the basis of this lawsuit, providing the name, address and interest in the motor vehicle.

11. Identify all policies of liability insurance effective on the date of the collision forming the basis of this lawsuit, including policies that provide excess or umbrella coverage, which may provide coverage for this claim. For each such policy, identify the name of the company providing coverage, the policy number(s), the effective period(s) and the maximum liability limit(s) for each person and each occurrence, including property damage and medical payment coverage.

12. Describe all traffic citations the Defendant driver received for a period of five (5) years before the collision forming the basis of this lawsuit, including the violation for which he was cited, the disposition of the citation, the state and court and whether the violation was in a commercial or personal vehicle.

13. State whether the Defendant or anyone acting on the Defendant's behalf has had any conversations with any witness or potential witness at any time with regard to the collision forming the basis of this lawsuit. If so, state:

    a.    The date or dates of such conversations;
    b.    The people present for such conversations;
    c.    Whether a statement was written or recorded; and
    d.    Who has possession of the statement if written or recorded.

14. State whether the individuals responding to these Interrogatories has ever been convicted of a misdemeanor involving dishonesty or false statement or a felony of any kind. If so, state the nature of the crime, the date of conviction and the court in which the conviction occurred.

15.   Identify all policies, procedures, manuals and/or guidelines relating to the safe operation of a commercial motor vehicle that the Defendant's driver was required to comply with on the date of the collision forming the basis of this lawsuit.

16.   Please state when and how this Defendant was first notified of the subject collision?

17.   Describe all training provided by the Defendant to the driver involved in the collision forming the basis of this lawsuit.

18.   State whether any discipline or adverse action was imposed on the Defendant's driver as a result of the collision forming the basis of this lawsuit.  If so, describe the action with particularity.

19.   Identify all inspections performed on the motor vehicle involved in the collision forming the basis of this lawsuit for one (1) week prior to the collision.  For each such inspection, identify whether the inspection revealed any defects, and describe any such defects with particularity.

20.   State whether the driver of the vehicle involved in the collision forming the basis of this lawsuit had on the date of the collision and during the five (5) years prior to the collision, a medical or physical condition that required a physician's report or letter of approval to drive a commercial vehicle.  If so, state the nature of the condition, the date of diagnosis and identify the treating physician by name and address.

21.   State all federal motor carrier numbers and or DOT numbers issued to the Defendant.

22.   Identify each step in the hiring process taken by the Defendant at the time the driver was hired.

23.     State whether the commercial motor vehicle was equipped, at the time of the collision forming the basis of this lawsuit, with a GPS, satellite communication and/or e-mail communication device.  If so, identify the make and model of the system.

24.     State the name, address, telephone number and summary of knowledge of each person including experts, having any knowledge of relevant facts relating to the incident which is the basis of this litigation, the cause thereof, and/or damages resulting therefrom.

25.     If you contend that the Plaintiff or any person, firm, corporation or other legal entity not a party to this action acted in such a manner as to cause or contribute to the occurrence made basis of this litigation, give a concise statement of the facts upon which you rely and identify such persons, firms, corporations or other legal entities.

26.     Identify the property damage done to Defendants' tractor and/or trailer as a result of the collision, and which parts of vehicle were damaged in the occurrence, the name and address of the person or entity who or which repaired the vehicle, and the date and cost of repairs.  If the vehicle has not been repaired, state the present location of the vehicle.

27.     List any and all physical evidence removed from the scene of the occurrence made the basis of this litigation, including any physical evidence and/or personal possessions removed from you or from the Defendants' tractor and/or trailer.

28.     State the name and addresses of all persons who conducted any investigation for Defendants of the occurrence made the basis of this litigation.

29.     State the name, address and qualification of each witness you expect to call as an expert witness at the trial of this case and the subject matter on which the expert expects to testify. Also, attach a copy of any report, including factual observations and opinions that have been prepared by any such expert.

30.     Did Defendant, Cavender Paul Reid receive a reprimand or disciplinary action as a result of his involvement in the collision made basis of this litigation?

These interrogatories shall be deemed continuing so as to require supplemental answers, if you and your attorney obtain any further information between the times the answers are served at the time of trial.

s/Alyssa Noles Daniels
**ALYSSA NOLES DANIELS (NOL018)**
Attorney for Plaintiff

**OF COUNSEL:**
Shunnarah Injury Lawyers, P.C.
2900 1st Avenue South
Birmingham, AL  35233
adaniels@asilpc.com

**PLEASE SERVE WITH THE SUMMONS AND COMPLAINT**



AlaFile E-Notice

03-CV-2022-900138.00

To:  ALYSSA NOLES DANIELS MRS.
     adaniels@asilpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following complaint was FILED on 2/4/2022 9:43:21 AM

Notice Date:     2/4/2022 9:43:21 AM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



USPS CERTIFIED MAIL



**9214 8901 7301 4103 2200 0066 38**

251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

03-CV-2022-900138.00

To: C&S WHOLESALE GROCERS, INC.
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
### 03-CV-2022-900138.00

The following complaint was FILED on 2/4/2022 9:43:21 AM

Notice Date:     2/4/2022 9:43:21 AM

**GINA J. ISHMAN**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36104

334-832-1260



**9214 8901 7301 4103 2200 0066 45**

251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

03-CV-2022-900138.00

To: CAVENDER PAUL REID
27 STAFFORDSHIRE WAY
SIMONSVILLE, SC 29681

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
### 03-CV-2022-900138.00

The following complaint was FILED on 2/4/2022 9:43:21 AM

Notice Date:     2/4/2022 9:43:21 AM

**GINA J. ISHMAN**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36104

334-832-1260

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>03-CV-2022-900138.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
## TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL

**NOTICE TO:** C&S WHOLESALE GROCERS, INC., C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ALYSSA NOLES DANIELS MRS.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2900 1st Avenue South, Birmingham, AL 35233

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TAWANNA S. BEDGOOD
pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 02/04/2022 | /s/ GINA J. ISHMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ ALYSSA NOLES DANIELS MRS.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____

*(Date)*

_____        _____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>03-CV-2022-900138.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL

**NOTICE TO:** CAVENDER PAUL REID, 27 STAFFORDSHIRE WAY, SIMONSVILLE, SC 29681

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ALYSSA NOLES DANIELS MRS.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2900 1st Avenue South, Birmingham, AL 35233

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TAWANNA S. BEDGOOD pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/04/2022 | /s/ GINA J. ISHMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ ALYSSA NOLES DANIELS MRS.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*     *(Name of County)*

Alabama on _____

*(Date)*

_____     _____     _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____     _____

*(Server's Printed Name)*     *(Phone Number of Server)*

**UNITED STATES POSTAL SERVICE**

February 8, 2022

Dear Circuit Clerk:

**UJS Information**

| | |
|---|---|
| Case Number: 03-CV-2022-900138.00 | Intended Recipient: |
| Document Type: Complaint | C&S WHOLESALE GROCERS, INC.  (D001) |
| Restricted Delivery Requested: No | C/O CT CORPORATION SYSTEM |
| | 2 N JACKSON ST, STE 605 |
| | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4103 2200 0066 38**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | February 8, 2022, 10:10 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**AlaFile E-Notice**

03-CV-2022-900138.00

Judge: BROOKE E REID

To:  DANIELS ALYSSA NOLES
     adaniels@asilpc.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following matter was served on 2/8/2022

**D001 C&S WHOLESALE GROCERS, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2022-900138.00

Judge: BROOKE E REID

To: C&S WHOLESALE GROCERS, INC. (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following matter was served on 2/8/2022

**D001 C&S WHOLESALE GROCERS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



AlaFile E-Notice

03-CV-2022-900138.00

Judge: BROOKE E REID

To:  REID CAVENDER PAUL (PRO SE)
     27 STAFFORDSHIRE WAY
     SIMONSVILLE, SC, 29681-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following matter was served on 2/8/2022

**D001 C&S WHOLESALE GROCERS, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260


**UNITED STATES**
**POSTAL SERVICE**

| **UJS Information** | |
|---|---|
| Case Number: 03-CV-2022-900138.00<br>Document Type: Complaint<br>Restricted Delivery Requested: No | Intended Recipient:<br>CAVENDER PAUL REID  (D002)<br>27 STAFFORDSHIRE WAY<br>SIMONSVILLE, SC 29681 |

February 12, 2022

Dear Circuit Clerk:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4103 2200 0066 45**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | February 12, 2022, 11:14 am |
| **Location:** | SIMPSONVILLE, SC 29681 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature

| Signature of Recipient:<br>(Authorized Agent) | |
|---|---|
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**AlaFile E-Notice**

03-CV-2022-900138.00
Judge: BROOKE E REID

To: DANIELS ALYSSA NOLES
adaniels@asilpc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following matter was served on 2/12/2022

**D002 REID CAVENDER PAUL**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



AlaFile E-Notice

03-CV-2022-900138.00

Judge: BROOKE E REID

To: C&S WHOLESALE GROCERS, INC. (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following matter was served on 2/12/2022

**D002 REID CAVENDER PAUL**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



**AlaFile E-Notice**

03-CV-2022-900138.00

Judge: BROOKE E REID

To: REID CAVENDER PAUL (PRO SE)
27 STAFFORDSHIRE WAY
SIMONSVILLE, SC, 29681-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TAWANNA S. BEDGOOD V. C&S WHOLESALE GROCERS, INC. ET AL
03-CV-2022-900138.00

The following matter was served on 2/12/2022

**D002 REID CAVENDER PAUL**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260